UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                              DECISION AND ORDER
                    v.                                        10-CR-110A

JEFF COON,

                               Defendant.

_____

      Following issuance of this Court's May 16, 2011 Decision and Order denying

defendant Jeff Coon's motion to suppress, the defendant moved for reconsideration of

that order.  The government filed a response in opposition and oral argument on the

motion to reconsider was held on June 17, 2011.  The Court has considered the motion

and heard argument from counsel, but denies the relief requested.  The Court adheres

to its original decision and denies suppression for the reasons stated therein.

      SO ORDERED.


                              *s/ Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT JUDGE

DATED: June 28, 2011